

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00460-CR

Gary **Castillo,**
Appellant

v.

The **State** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8212
Honorable Ron Rangel, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Michael D. Robbins
Bexar County Public Defender's Office
101 W. Nueva, Ste. 370
San Antonio, TX 78205-3440

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205